**SA18MC0877 FB**

FILED
AUG 21 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

To the Western District Court

My name is Lamar Lovett #1687453. I am writing you in reference to counsel. I am M.H.M.R. elig. I put in a mandamus to the Court of Criminal Appeals that involves jurisdictional defect of the indictments. The mandamus was denied without written order. I am not an attorney nor can I be held to the same stringent standard as one. Castro US. 540 US. 375, 124 S.ct 594 (2003) Haines v. Kerner 404 US. 519, 92 S.ct 594 (1972) I was convicted in a Reindictment cause # D-1-DC-10-904094 on 12-10-10. The original indictments were dismissed after the conviction in the following manner: cause # D-1-DC-10-202992 was dismissed originally Mar. on May 6th 2011 then ruled Double Jeopardy by the Court of Criminal Appeals in 2015. Then again by the convicting court in 2018. Then cause # D-1-DC-10-202993 was dismissed, when the original cause number on 1-6-11 a solicitation to commit capital murder cause # D-1-DC-10-301929 was used to convict me of the capital charge, was dismissed on 8-24-11. I am borderline retarded of an IQ of 79. I am also mentally ill. I need an attorney to help me. Please appoint me one to another 2254. Its my right by the Constitution of the USA. Your attention to this is greatly appreciated. You have copies of the dismissals already.

Wynne Unit
810 FM 2821
Huntsville, Tx 77349

signed X
Lamar Lovett 1687

To the Western Ozark court

My name is Lamar Lovett #1687456.
I am writing you in reference to counsel.
I am m.AMR. also I put in a mandamus to the court of criminal appeals. That involves Jurisdictional defect of the indictment, I am not an attorney nor can't be held to the same stringent standards as one. Castro v. U.S., 540 U.S. 375, 124 S.Ct 594 (2003) Wedres v. Koerner 404 U.S. 519, 92 S.Ct 594 (1972).
I was convicted in a re-indictment cause# D1-DC-9040044 on 12-10-10. The original indictments were dismissed after the conviction in the following manner cause# D-1-DC-10-202992 was dismissed originally nor or may 6th 2011 then ruled Double Jeopardy by the court of Criminal appeals. on 2 dk. that is why by the ... convicting court in 2011. Then cause# D-1-DC-10-202993 was dismissed when the original cause was ran on 1-6-11 also a jury on my to commit capital murder, was also a conviction of the capital charge, never used do convict me if that retarded 1979. I am now mentally ill. I need an attorney to help me, please appoint me one for under 2254. It is my right by the constitution of the US, a, your attention to this is greatly appreciated. You have copies of the mandamus now already, the mandamus was court without matter order.

D1-DC-10-301,989

Lamar Lovett #1687456
[address]